UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.P. et al.,

                Plaintiffs,

against

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10710 (ALC) (SLC)

**ORDER SFOR PROPOSED**
**CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's Order at ECF No. 13, the parties were directed to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF by May 21, 2020. The parties have not done so, and are ORDERED to submit the report and case management plan by **May 27, 2020** so that the Court can review it ahead of the initial conference scheduled for May 28, 2020.

Dated:    New York, New York
            May 26, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**