UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.P. et al.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10710 (ALC) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's order at ECF No. 16, the parties were to submit a Stipulation of Dismissal by September 9, 2020. (ECF No. 16).

The parties have not done so, and are now ORDERED to submit a Stipulation of Dismissal or a status report on the finalization of settlement by **Friday, September 18, 2020.**

Dated:      New York, New York
              September 11, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**